UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KBL CORP.,

                            Plaintiff,

            -against-

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES,
ARCHITECTS, INC.,

                        Defendants.
-------------------------------------------------------------------X

**PLAINTIFF'S RULE 7.1 STATEMENT**

Index No. 08-CV-4873
(JGK)

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

   **NONE**.

Dated:  Calverton, New York.
          May 19, 2008

                                      /s/ Todd Wengrovsky
                                      Todd Wengrovsky - TW4823
                                      Law Offices of
                                      Todd Wengrovsky, PLLC.
                                      285 Southfield Road, Box 585
                                      Calverton, NY 11933
                                      Tel (631) 727-3400
                                      *Attorney for Plaintiff*