AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

KBL CORP.

V.

ROBERT A. ARNOUTS, ARNOUTS
ASSOCIATES ARCHITECTS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4873

JUDGE KOELTL

TO: (Name and address of Defendant)

ARNOUTS ASSOCIATES ARCHITECTS, INC.
28009 Waverly Road
Easton, MD 21601-8127

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAY 2 7 2008

CLERK                                                 DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-31-8 |
| NAME OF SERVER (PRINT) Marcos L. Gletcher | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Robert Arnouts 28009 Waverly Rd., Easton, MD 21601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/2/08
         Date              Signature of Server

            CHESAPEAKE SERVICES
Address of Server    202 Anchor Lane
                     Chester, MD 21619

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.