UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KBL CORP.,                                             Index No. 08-CV-4873 (JGK)

                          Plaintiff,

            -against-                                    **NOTICE OF APPEARANCE**

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.,

                        Defendants.
------------------------------------------------------------------------X

To the Clerk of This Court and All Counsel of Record:

    PLEASE TAKE NOTICE that the undersigned has been retained as counsel for defendants Robert A. Arnouts and Arnouts Associates Architects, Inc. (collectively "Arnouts") in the above-entitled action. Enter the undersigned's appearance as counsel in the above-entitled action for Arnouts. The undersigned certify that they are admitted to practice before this Honorable Court.

Dated: Woodbury, New York
       June 16, 2008

                                           MILBER MAKRIS PLOUSADIS
                                               & SEIDEN, LLP

                              By: _____
                                 Thomas M. Fleming II (TF2617)
                                 Attorneys for Defendants
                                 1000 Woodbury Road, Suite 402
                                 Woodbury, New York 11797
                                 (516) 712-4000
                                 File No. 11-3879
                                 *tfleming@milbermakris.com*
                                 Lead Attorney, To be noticed

                            By: _____
                                 Peter Seiden (PS0658)
                                 Attorneys for Defendants
                                 1000 Woodbury Road, Suite 402
                                 Woodbury, New York 11797
                                 (516) 712-4000
                                 File No.: 11-3879
                                 *pseiden@milbermakris.com*
                                 To be noticed