UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
KBL CORP.,                                                                              Index No. 08-CV-4873 (JGK)

                             Plaintiff,

                                                          **NOTICE OF APPEARANCE**

        -against-

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.,

                             Defendants.
----------------------------------------------------------------------X

To the Clerk of This Court and All Counsel of Record:

    PLEASE TAKE NOTICE that the undersigned has been retained as counsel for defendants Robert A. Arnouts and Arnouts Associates Architects, Inc. (collectively "Arnouts") in the above-entitled action. Enter the undersigned's appearance as counsel in the above-entitled action for Arnouts. The undersigned certify that they are admitted to practice before this Honorable Court.

Dated: Woodbury, New York
         June 16, 2008

                                            MILBER MAKRIS PLOUSADIS
                                            &amp; SEIDEN, LLP

                            By: _____
                                Thomas M. Fleming II (TF2617)
                                Attorneys for Defendants
                                1000 Woodbury Road, Suite 402
                                Woodbury, New York 11797
                                (516) 712-4000
                                File No. 11-3879
                                *tfleming@milbermakris.com*
                                Lead Attorney, To be noticed

                            By: _____
                                Peter Seiden (PS0658)
                                Attorneys for Defendants
                                1000 Woodbury Road, Suite 402
                                Woodbury, New York 11797
                                (516) 712-4000
                                File No.: 11-3879
                                *pseiden@milbermakris.com*
                                To be noticed