UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KBL CORP.

                                Plaintiff,                              08 CIVIL 4873  (JGK )

     -against-

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.
                              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Thomas M. Fleming, II**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       TF 2617

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: **Desena & Sweeney, LLP**

    To: **Milber Makris Plousadis & Seiden, LLP**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 1000 Woodbury Road, Suite 402, Woodbury, NY 11797

☒ *Telephone Number:* 516-712-4000

☒ *Fax Number:* 512-712-4013

☒ *E-Mail Address:* tfleming@milbermakris.com

Dated: 6/17/08