```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KBL CORP.,

                          Plaintiff,

       -against-

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.,

                          Defendants.
------------------------------------------------------------X

Index No.: 08-CV-4873 (JGK)

**STIPULATION
EXTENDING TIME TO
ANSWER**

IT IS HEREBY STIPULATED AND AGREED, that the time for defendants ROBERT A. ARNOUTS and ARNOUTS ASSOCIATES ARCHITECTS, INC. (collectively "Arnouts"), to Answer or otherwise move with respect to the Summons and Verified Complaint in the above-entitled action is extended up to and including July 11, 2008.

Dated: Woodbury, New York
        June 11, 2008

By: _____
     Todd Wengrovsky, Esq.
Law Offices of Todd Wengrovsky, PLLC
Attorneys for Plaintiffs
285 Southfield Road, Box 585
Calverton, New York 11933
(631) 727-3200
Fax No.: (631) 727-3401

By: _____
     Thomas M. Fleming II, Esq.
Milber Makris Plousadis & Seiden, LLP
Attorneys for Defendant
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
(516) 712-4000

SO ORDERED _____
                    District Judge John G. Koeltl

6/17/08