UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KBL CORP.,

                                   Civil Case No. 08-CV-4873-JGK

                   Plaintiff,

     -against-

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.,

                   Defendants.
-------------------------------------------------------------X

## NOTICE OF ROBERT A. ARNOUTS' and ARNOUTS ASSOCIATES ARCHITECTS, INC.'S MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, on August 14, 2008, or as soon thereafter as counsel can be heard, the undersigned attorneys for Defendants ROBERT A. ARNOUTS and ARNOUTS ASSOCIATES ARCHITECTS, INC. (collectively, the "Arnouts Defendants"), shall move this Court before Judge John G. Koeltl, U.S.D.J., at the Courthouse located at United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(6), dismissing the Complaint, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the Arnouts Defendants shall rely upon the Memorandum of Law in Support of the Arnouts Defendants' Motion to Dismiss KBL Corp.'s Complaint and the Declaration of Thomas M. Fleming II, dated July 10, 2008, and the exhibits annexed thereto.

Dated: Woodbury, New York
      July 10, 2008

                                  MILBER MAKRIS PLOUSADIS
                                  & SEIDEN, LLP

                                  Thomas M. Fleming II (TF2617)
                                  Peter Seiden (PS0658)
                                  Attorneys for Defendants
                                  Robert A. Arnouts and Arnouts
                                  Associates Architects, Inc.
                                  1000 Woodbury Road, Suite 402
                                  Woodbury, New York 11797
                                  (516) 712-4000