UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KBL CORP.,

                        Plaintiff,

         -against-

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.,

                      Defendants.
-------------------------------------------------------------X

Civil Case No. 08-CV-4873-JGK

**DEFENDANTS' RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants certifies that the following are corporate parents, affiliates, and/or subsidiaries of said parties, which are publicly held:

**NONE**

Dated: Woodbury, New York
       July 10, 2008

_____
Thomas M. Fleming II (TF 2617)
Milber Makris Plousadis & Seiden, LLP
Attorneys for Defendants
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000