# CERTIFICATE OF SERVICE

Thomas M. Fleming II, the attorney of record for defendants, hereby certifies that on the date shown below, one copy of the foregoing **Notice of Robert Arnouts' and Arnouts Associates Architects, Inc.'s Motion to Dismiss the Complaint, Declaration of Thomas M. Fleming II in Support of Robert A. Arnouts' and Arnouts Associates Architects, Inc.'s Motion to Dismiss the Complaint, Memorandum of Law in Support of Robert A. Arnouts' and Arnouts Associates Architects, Inc.'s Motion to Dismiss KBL Corp.'s Complaint and Defendants' Rule 7.1 Statement** was caused to be electronically filed and served by ECF and first class mail, postage prepaid upon:

Todd Wengrovsky – TW4823
Law Offices of Todd Wengrovsky, PLLC
Attorneys for Plaintiff
285 Southfield Road, Box 585
Calverton, NY 11933
(631) 727-3400

Dated: Woodbury, New York
       July 11, 2008

                                      MILBER MAKRIS PLOUSADIS
                                      & SEIDEN, LLP

By: _____
                                      Thomas M. Fleming II (TF2617)
                                      Attorneys for Defendants
                                      1000 Woodbury Road, Suite 402
                                      Woodbury, New York 11797
                                      (516) 712-4000
                                      Our File No.: 0011-3879