UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KBL CORP.,

                Plaintiff(s),

    -against-

ROBERT A. ARNOUTS.,
                Defendant(s),
-------------------------------------------------------------X

08 civ 4873 (JGK)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

A motion to dismiss was filed on July 11, 2008.

The plaintiff shall serve and file papers in response to the motion by **September 5, 2008.**

The defendant shall serve and file any reply papers by **September 19, 2008.**

The Court will contact the parties in the action shortly thereafter for oral argument.

SO ORDERED.

                                              JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 19, 2008