USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/20/08_

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
KBL CORP.,                                                                    Index No.: 08-CV-4873 (JGK)

                                        Plaintiff,

                                                                              STIPULATION
            -against-                                                        REGARDING PROPOSED
                                                                              BRIEFING SCHEDULE

ROBERT A. ARNOUTS, ARNOUTS ASSOCIATES
ARCHITECTS, INC.,

                                        Defendants.
--------------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by the undersigned that the time for plaintiff

KBL CORP. ("KBL") to file and serve opposition and/or a response to defendants' ROBERT A.

ARNOUTS' and ARNOUTS ASSOCIATES ARCHITECTS, INC.'S. (collectively referred to herein

as "ARNOUTS") motion to dismiss KBL's complaint be extended up to, and including, September

26, 2008. It is FURTHER STIPULATED AND AGREED that the time for ARNOUTS' to file and

serve reply to KBL'S opposition and/or response shall be extended up to, and including, October 10,

2008. Upon completion of the above briefing schedule, counsel for ARNOUTS shall provide the

court with a courtesy copy of all papers pursuant to Rule 2(B) or the Individual Practice Rules of

District Judge John G. Koeltl.

Dated: Woodbury, New York
        August 18, 2008

By: _____          By: _____
        Todd Wengrovsky, Esq.                  Thomas M. Fleming II, Esq.
Law Offices of Todd Wengrovsky, PLLC   Milber Makris Plousadis & Seiden, LLP
Attorneys for Plaintiffs               Attorneys for Defendant
285 Southfield Road, Box 585           1000 Woodbury Road, Suite 402
Calverton, New York 11933              Woodbury, NY 11797
(631) 727-3200                         (516) 712-4000
Fax No.: (631) 727-3401

SO ORDERED _____
                District Judge John G. Koeltl
                                8/20/08